UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 6:19-cr-00254 |
| | * | 16 U.S.C. §§ 703 and 707(a) |
| VERSUS | * | |
| | * | |
| GILVIN P. AUCOIN, JR. | * | MAGISTRATE JUDGE CAROL WHITEHURST |

<u>BILL OF INFORMATION</u>

**THE UNITED STATES ATTORNEY CHARGES:**

<u>COUNT 1</u>

UNLAWFUL KILLING OF A MIGRATORY BIRD
[16 U.S.C. §§ 703 and 707(a)]

On or about the 24th day of July, 2018, in the Western District of Louisiana, the defendant, GILVIN P. AUCOIN, JR., through the use and firing of a Remington Model 597 .22 LR caliber semi-automatic rifle, bearing serial number A2666722, with attached Tasco True Mil-Dot Reticle Scope, unlawfully did kill a migratory bird, that is, a Whooping Crane (*Grus americana*) identified as "L8-11," in violation of Title 16, United States Code, Sections 703 and 707(a). [16 U.S.C. §§ 703 and 707(a)].

Respectfully submitted by:

DAVID C. JOSEPH
United States Attorney

By: _____
J. DANIEL SIEFKER, JR. (LA Bar No. 34764)
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, LA 70501
(337) 262-6618